IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Pearson,<br><br>   Plaintiff,<br><br>v.<br><br>Sean Cannon, et al.,<br><br>   Defendants. | No. CV-16-02721-PHX-DJH<br><br>**STIPULATED JUDGMENT** |

  This matter is before the Court on the Stipulation for Entry of Judgment for Plaintiff (Doc. 26), filed on March 2, 2017.  Pursuant to the stipulation of the parties,

  IT IS ORDERED that the Stipulation (Doc. 26) is GRANTED.

  IT IS FURTHER ORDERED entering judgment in the above-captioned case in favor of Plaintiff Susan Pearson and against Defendants Sean Cannon and Cannon Law Firm, PLC in the amount of $1,025.00. Said amount shall bear interest at the rate of 0.66% per annum from the date of the Judgment until paid in full, pursuant to 28 U.S.C. § 1961.

  IT IS FURTHER ORDERED that Plaintiff may claim award of attorneys' fees pursuant to Federal Rule 54 and Local Rule 54.2.

  Dated this 3rd day of March, 2017.

                Honorable Diane J. Humetewa
                United States District Judge