Jonathan A. Dessaules, State Bar No. 019439
**DESSAULES LAW GROUP**
5353 North 16th Street, Suite 110
Phoenix, Arizona 85016
Tel. 602.274.5400
Fax 602.274.5401
jdessaules@dessauleslaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Pearson,<br><br>          Plaintiff,<br><br>     vs.<br><br>Sean Cannon and Cannon Law Firm, PLLC,<br><br>          Defendants. | No. 2:16-cv-02721-DJH<br><br>**NOTICE OF SATISFACTION OF STIPULATED JUDGMENT (DE 27)** *ONLY* |

Plaintiff Susan Pearson, by and through undersigned counsel, notifies the Court that the Stipulated Judgment (DE 27) entered by this Court on March 3, 2017 against Defendants Sean Cannon and Cannon Law Firm, PLLC has been satisfied. As such, Plaintiff releases all liens associated with the Stipulated Judgment (DE 27) *only*.

The Judgment on Taxation of Costs (DE 32) and Judgment on Attorney Fees (DE 34) have not been satisfied and are still valid judgments against Defendants Sean Cannon and Cannon Law Firm, PLLC.

DATED this 28th day of June 2017.

                              DESSAULES LAW GROUP


                              By:   /s/ Jonathan A. Dessaules
                                    Jonathan A. Dessaules
                                    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 28, 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Sean Cannon
CANNON LAW FIRM, PLLC
4300 North Miller Road, #110
Scottsdale, AZ 85251
sean@azcannonlaw.com
*Attorney for Defendants*

/s/ Hilary Narveson

2